O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT JOHNSON,<br><br>            Plaintiff,<br><br>            v.<br><br>RAMAN PATEL, et al.,<br><br>            Defendants.<br>_____ | Case No. CV 14-1598-RGK (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and both the original and Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in *de novo* review of those portions of the original Report and Recommendation to which defendants D. Drayton, Lawson, J. Garcia, and Rush have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///

```
 1        IT IS THEREFORE ORDERED that: (1) defendants D. Drayton, Lawson, and
 2   J. Garcia's Motion for Summary Judgment be denied; (2) defendants D. Drayton,
 3   Lawson, J. Garcia, and Rush's Motion to Dismiss be granted in part and denied in
 4   part; and (3) defendant Dr. Raman Patel's Motion to Dismiss be denied.
 5
 6   DATED:  June 18, 2015            _____
 7                                    HONORABLE R. GARY KLAUSNER
                                      UNITED STATES DISTRICT JUDGE
```