1
2
3
4                                           O
5
6
7
8                 IN THE UNITED STATES DISTRICT COURT
9                FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
11
12    **ROBERT JOHNSON,**                    Case No. CV-14-1598 RGK (KK)
13                             Plaintiff,    **ORDER**
14              **v.**
15    **PATEL et al.,**
16                             Defendants.
17

18        In accordance with Federal Rule of Civil Procedure 41(a)(1), and pursuant to
19   the stipulation of the parties, all claims against Defendant R. Rush, D. Drayton, and
20   K. Lawson only are dismissed with prejudice.  Each party is to bear his own costs,
21   fees, and expenses of any type, including attorney's fees.  There is no prevailing
22   party in this action.  The mediator shall retain jurisdiction for the sole purpose of
23   enforcement of the terms of the settlement agreement between Plaintiff and
24   Defendants R. Rush, D. Drayton, and K. Lawson.
25        IT IS SO ORDERED
26
27   Dated:  __9/8/15_____          _____
28                                             The Honorable R. Gary Klausner

1