# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-1598-RGK (KK) | Date | November 20, 2015 |
|---|---|---|---|
| Title | Robert Johnson v. Raman Patel, et al. | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Applicant: | | Attorneys Present for Respondent: |
| None Present | | None Present |

**Proceedings:** (In Chambers) Order: Lifting Stay [Dkt. 66] and Denying Defendant Patel's Motion to Compel as Moot [Dkt. 73]

On July 9, 2015, the Court referred this matter to the Prisoner Settlement Program and issued an order staying the briefing schedule on dispositive and discovery motions for 120 days. ECF Docket No. ("Dkt.") 66. Plaintiff Robert Johnson and Defendant Raman Patel have been unable to reach a settlement. Hence, the stay is hereby LIFTED.

On September 22, 2015, Defendant Patel filed a document titled "Joint Stipulation Pursuant to Local Rule 37 Re: Plaintiff's Medical Records from the California Department of Corrections and Rehabilitation." Dkt. 73. The Court construes this document as a motion. Defendant Patel appears to seek to compel Plaintiff to produce his medical records and for sanctions. Id. However, it appears Plaintiff's medical records have already been prepared for production by the California Department of Corrections and Rehabilitation ("CDCR") pursuant to a subpoena issued on June 29, 2015. Id. at 11, Declaration of Michael Vincent Ruocco ("Ruocco Decl."), ¶ 4. According to Defendant Patel, the CDCR refused to produce the documents due to the Court's July 9, 2015 order staying discovery. Id. Therefore, because the stay has now been lifted, Defendant Patel's Motion to Compel is DENIED as moot and his request for sanctions is DENIED.