UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>RAMAN PATEL, M.D., et al.,<br><br>　　　　　　Defendant(s). | Case No. CV 14-1598-RGK (KK)<br><br><br>ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Final Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED Defendant's Motion for Summary Judgment is DENIED.

Dated: November 30, 2016

　　　　　　　　　　　　　　　　　　　　　*Gary Klausner*
　　　　　　　　　　　　　　　　　　　　　HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　　United States District Judge